IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., WYETH LLC, PFIZER PHARMACEUTICALS LLC, PF PRISM C.V. and PFIZER MANUFACTURING HOLDINGS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE, INC., <br><br> Defendant. | C.A. No. 16-079 (RGA) (SRF) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among Pfizer Inc., Wyeth LLC, Pfizer Pharmaceuticals LLC, PF Prism C.V., and Pfizer Manufacturing Holdings LLC (collectively and severally, "**Plaintiffs**") as plaintiffs in Civil Action No. 16-079, and Accord Healthcare Inc. ("**Defendant**"), as defendant, by their attorneys, that

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims between Plaintiffs and Defendant are dismissed without prejudice.

2. Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action.

3. The parties waive any right of appeal from this Order.

4. Each party shall bear its own costs and fees in the above-captioned action.

5. The U.S. District Court of Delaware retains jurisdiction to enforce and resolve any disputes arising under the settlement agreement between Plaintiffs and Accord.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Maryellen Noreika* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Kelly E. Farnan (#4395)<br>Selena E. Molina (#5936)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>molina@rlf.com |
| *Attorneys for Plaintiffs Pfizer Inc., Wyeth LLC, Pfizer Pharmaceuticals LLC, PF PRISM C.V., and Pfizer Manufacturing Holdings LLC* | *Attorneys for Defendant Accord Healthcare, Inc.* |

SO ORDERED, this _____ day of February, 2017.

_____
United States District Judge